# In The United States Court of Federal Claims

05- 915C

## Cover Sheet

Plaintiff(s) or Petitioner(s)
CADDELL CONSTRUCTION CO., INC. for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] W. ROBERT VEZINA, III

Firm Name: VEZINA, LAWRENCE & PISCITELLI, PA

Post Office Box:

Street Address: 318 NORTH CALHOUN ST.

City-State-Zip: TALLAHASSEE, FL 32301

Telephone & Facsimile Numbers: 850-224-6205 (TEL.) & 850-224-1353 (FAX)

E-mail address: RVEZINA@VLPLAW.COM

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 Ø Ø

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ TO BE DETERMINED

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005