IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | 05-915C<br>(Judge Mary Ellen Coster Williams) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 60-day enlargement of time, to and including December 23, 2005, within which to file its response to the complaint. Our response is currently due on October 24, 2005. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Army Corps of Engineers ("Corps"), as required by 28 U.S.C. § 520. Agency counsel has stated that the Corps is working diligently to complete the litigation report and that it expects to provide the report to defendant's counsel on or around October 31, 2005. However, defendant's counsel is scheduled to attend depositions in Susanville, California, for another matter before this Court, Ralph Franklin & Son Logging v. United States, No. 04-1679, from November 7-11, 2005 and may have to attend additional depositions in the same matter from November 14-18, 2005. Accordingly, the additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for defendant's counsel to review the litigation report and

prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

Connie L. Baran
US Army Corps of Engineers
Office of Counsel
100 W. Oglethorpe Ave.
P.O. Box 889
Savannah, GA 31402

October 21, 2005