IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | 05-915C |
| | ) | (Judge Mary Ellen Coster Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 35-day enlargement of time, to and including January 27, 2006, within which to file its response to the complaint. Our response is currently due on December 23, 2005. This is defendant's second request for an enlargement of time for this purpose. An enlargement of 60 days was previously granted by this Court. Defendant attempted to contact plaintiff's counsel, but was unable to reach him.

This motion is necessary to afford the Government sufficient time to draft an appropriate response to the complaint, incorporate comments of agency counsel, and obtain review of its response. The undersigned counsel received a litigation report from the agency, the Army Corp of Engineers, on October 31, 2005. While counsel has made some progress in researching and preparing an appropriate response to the complaint, matters in this Court and the United States Court of Appeals for the Federal Circuit have significantly limited counsel's time to prepare the Government's response in this case. Moreover, since seeking its last enlargement, defendant's counsel has been ordered to submit supplemental briefing in two matters and was scheduled to conduct depositions in California, Colorado and Tennessee.

Specifically, since receiving the prior enlargement for this purpose, the matters pending before this Court that have required or will require counsel's attention are: oral argument on cross-motions for partial summary judgment in Alli v. United States, No. 01-669, on November 2, 2005; preparing deponents and defending depositions in Susanville, California in Ralph Franklin & Son Logging v. United States, No. 04-1679, from November 7-11, 2005; preparing deponents and defending depositions in Colorado Springs, Colorado in Information Int'l Assocs. v. United States, No. 04-1489, from November 28 through December 1, 2005; preparing a supplemental brief in Alli v. United States, No. 01-669, filed on December 2, 2005; preparing a supplemental brief in Schnelle v. United States, No. 05-399, filed on December 9, 2005; preparing deponents and defending depositions in Vallejo, California in Ralph Franklin & Son Logging v. United States, No. 04-1679, from December 12-15, 2005; preparing a response to discovery requests in Ralph Franklin & Son Logging v. United States, No. 04-1679, served on December 15, 2005; preparing a joint status report in Stockman v. United States, No. 04-1531, filed on December 19, 2005; taking depositions in Oak Ridge, Tennessee in Information Int'l Assocs. v. United States, No. 04-1489, from December 21-22, 2005; preparation of a reply brief in Alli v. United States, No. 01-669, due on December 22, 2005; and preparation of a motion for summary judgment in Information Int'l Assocs. v. United States, No. 04-1489, due January 17, 2006.

In the United States Court of Appeals for the Federal Circuit, counsel has been or will be engaged in preparation of the Government's brief in Kelly v. Dep't of Veterans Affairs, No. 05-7116, filed on November 3, 2005; preparation of the Government's informal brief in Gard v. Dep't of Education, No. 06-3052, due on December 30, 2005; preparation of the Government's

brief in Acadia Technology v. United States, No. 05-5178, due on December 30, 2005; preparation of the Government's brief in Metropolitan Area Transit v. Dep't of Veterans Affairs, No. 05-1541, due on January 4, 2006; preparation of the Government's brief in Frazier v. United States, No. 05-5175, due on January 9, 2006; and preparation for an oral argument in King v. Dep't of Veterans Affairs, No. 05-7106, scheduled for January 10, 2006.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

Connie L. Baran
US Army Corps of Engineers
Office of Counsel
100 W. Oglethorpe Ave.
P.O. Box 889
Savannah, GA 31402

December 22, 2005