# In the United States Court of Federal Claims

**No. 05-915C**
**(Filed December 30, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CADDELL CONSTRUCTION CO., INC.** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

---

On December 22, 2005, Defendant filed a motion for an enlargement of time of 35 days, to and including **January 27, 2006**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**