ORIGINAL

# In the United States Court of Federal Claims

No. 05-915C
(Filed January 6, 2006)

FILED
JAN 6 2006
U.S. COURT OF
FEDERAL CLAIMS

CADDELL CONSTRUCTION CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## TRANSFER ORDER

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case is TRANSFERRED to Judge Margaret M. Sweeney.

It is so **ORDERED.**

Mary Ellen Coster Williams

**MARY ELLEN COSTER WILLIAMS**
**Judge**