ORIGINAL

# In the United States Court of Federal Claims

FILED
JAN 6 2006
U.S. COURT OF FEDERAL CLAIMS

No. 05-915 C

**CADDELL CONSTRUCTION CO., INC.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Margaret M. Sweeney**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop
Brian Bishop, Clerk