**UNITED STATES COURT OF FEDERAL CLAIMS**

*********************************

**CADDELL CONSTRUCTION CO., INC., for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*********************************

**No. 05-915C**

**Judge Margaret M. Sweeney**

**MOTION FOR ENLARGEMENT OF TIME TO FILE**
**JOINT PRELIMINARY STATUS REPORT**

Plaintiff, Caddell Construction Co., Inc., for the use and benefit of Henderson Electric, Heat & Air Conditioning, Inc. ("Henderson"), moves for an enlargement of time to file the Joint Preliminary Status Report ("JPSR") as required by RCFC Appendix A, Art. III, and states:

1. Defendant, United States Army Corps of Engineers ("COE") filed its answer and affirmative defenses on January 27, 2006.

2. The JPSR will be due on March 17, 2006, forty-nine (49) days after COE filed its answer and affirmative defenses. *See* RCFC Appendix A, Art. III.4.

3. Henderson has provided a proposed draft of the JPSR to COE, but the parties have been unable to reach a consensus as to the final content of the JPSR.

4. Henderson has conferred with counsel for COE, and, on the basis of that conference, represents that COE interposes no objection to this motion.

5. Therefore, Henderson requests a 14-day enlargement of time to file the JPSR, to be filed no later than March 31, 2006.

WHEREFORE, Henderson requests a 14-day enlargement of time to file the JPSR, to be filed no later than March 31, 2006.

Respectfully submitted,

Dated: March 16, 2006

/s W. Robert Vezina, III
W. ROBERT VEZINA, III
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Facsimile: (850) 224-1353

Attorneys for Plaintiff