# In the United States Court of Federal Claims

No. 05-915 C
(Filed: March 21, 2006)

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On March 16, 2006, plaintiff in the above-captioned case filed an unopposed motion for an enlargement of time, requesting until March 31, 2006, to file the Joint Preliminary Status Report. The motion is **GRANTED**. The parties shall file their Joint Preliminary Status Report **no later than Friday, March 31, 2006**.

Additionally, the court reminds plaintiff that the United States is the proper defendant in cases before the United States Court of Federal Claims. See RCFC 10(a).

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge