# In the United States Court of Federal Claims

No. 05-915 C
(Filed: April 4, 2006)

************************************
CADDELL CONSTRUCTION CO., INC., *
for the use and benefit of HENDERSON *
ELECTRIC, HEAT & AIR *
CONDITIONING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On March 30, 2006, the parties in the above-captioned case filed their Joint Preliminary Status Report, which proposed an agreed-upon discovery schedule. The court adopts the proposed schedule, as follows:

- The parties shall exchange their initial disclosures **no later than April 14, 2006**.
- The parties shall disclose their expert witnesses **no later than November 30, 2006**.
- The parties shall disclose their expert reports **no later than January 31, 2007**.
- The parties shall disclose their rebuttal expert reports **no later than March 30, 2007**.
- Fact and expert discovery will close **no later than May 31, 2007**.

In addition, pursuant to RCFC 16, the court will conduct a telephonic status conference within the next 30 days to discuss the parties' respective views of the case. **By no later than Friday,**

**April 14, 2006**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge