# In the United States Court of Federal Claims

No. 05-915 C
(Filed: April 4, 2006)

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The preliminary scheduling conference will be held in the above-captioned case on **Tuesday, May 16, 2006, at 11:00 a.m. (EDT).** The parties shall appear by telephone. One business day before the status conference, counsel shall call the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to provide the telephone number where he or she can be reached.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge