**UNITED STATES COURT OF FEDERAL CLAIMS**

*********************************

**CADDELL CONSTRUCTION CO., INC., for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*********************************

**No. 05-915C**

**Judge Margaret M. Sweeney**

**UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to RCFC 6(b), plaintiff, Caddell Construction Co., Inc., for the use and benefit of Henderson Electric, Heat & Air Conditioning, Inc. ("Henderson"), moves to modify the Scheduling Order entered in this case on April 4, 2006, as follows:

1. Henderson requests that the current date for disclosing expert reports, January 31, 2007, be extended by 90 days, that the current date for disclosing rebuttal expert reports, March 30, 2007, be extended by 90 days, and that the current date for concluding fact and expert discovery, May 31, 2007, be extended by 90 days. These dates have not previously been extended.

2. Accordingly, Henderson requests that the Court modify the Scheduling Order to require that expert reports be disclosed on or before May 1, 2007, that rebuttal expert reports be disclosed by June 28, 2007, and that fact and expert discovery will close no later than August 29, 2007.

3. Henderson does not request modification of any other dates addressed by the existing Scheduling Order.

4. This modification is requested due to the press of business on Henderson's attorneys and expert witnesses in this and other courts.

5. Henderson has conferred with counsel for United States Army Corps of Engineers ("COE"), and, on the basis of that conference, represents that COE interposes no objection to this motion or to its electronic filing.

Respectfully submitted,

s/W. Robert Vezina, III
W. ROBERT VEZINA, III
Bradley S. Copenhaver
Vezina, Lawrence & Piscitelli, P.A.
413 East Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Facsimile: (850) 224-1353

**CERTIFICATE OF FILING**

I hereby certify that on January 5, 2007, the foregoing Unopposed Motion for Modification of Scheduling Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/W. Robert Vezina, III