# In the United States Court of Federal Claims

No. 05-915 C
(Filed: January 8, 2007)

************************************
CADDELL CONSTRUCTION CO., INC., *
for the use and benefit of HENDERSON *
ELECTRIC, HEAT & AIR *
CONDITIONING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On January 5, 2007, plaintiff in the above-captioned case filed an Unopposed Motion for Modification of Scheduling Order. Plaintiff's motion is **GRANTED**. Accordingly, the court modifies the discovery schedule as follows:

- The parties shall disclose their expert reports **no later than Tuesday, May 1, 2007**.
- The parties shall disclose their rebuttal expert reports **no later than Thursday, June 28, 2007**.
- Fact and expert discovery will close **no later than Wednesday, August 29, 2007**.

The parties shall file a joint status report **no later than Wednesday, September 12, 2007**, suggesting further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge