**UNITED STATES COURT OF FEDERAL CLAIMS**

*********************************

**CADDELL CONSTRUCTION CO., INC., for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*********************************

**No. 05-915C**

**Judge Margaret M. Sweeney**

**UNOPPOSED MOTION FOR LEAVE TO AMEND EXPERT WITNESS DISCLOSURE**

Pursuant to RCFC 26(a) and RCFC 6(b), plaintiff, Caddell Construction Co., Inc., for the use and benefit of Henderson Electric, Heat & Air Conditioning, Inc. ("Henderson"), moves to amend its expert witness disclosure as follows:

1. On November 30, 2006, Henderson disclosed Louis M. Wenick as a potential expert witness pursuant to the Court's Scheduling Order dated April 4, 2006, which required such disclosure by November 30, 2006.

2. Henderson requests leave from the Court to disclose an additional expert witness, Francisco J. Farach. A copy of the proposed witness disclosure is attached as exhibit 1. Subsequent to the disclosure of Louis M. Wenick, Henderson discovered that additional expertise is required to address certain technical matters involved in this case and that Mr. Farach possesses that expertise.

3. Henderson has conferred with counsel for the United States Army Corps of Engineers ("COE"), and, on the basis of that conference, represents that COE interposes no objection to this motion or to its electronic filing.

Respectfully submitted,

s/W. Robert Vezina, III
W. ROBERT VEZINA, III
Bradley S. Copenhaver
Vezina, Lawrence & Piscitelli, P.A.
413 East Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Facsimile: (850) 224-1353

**CERTIFICATE OF FILING**

I hereby certify that on February 8, 2007, the foregoing Unopposed Motion To Amend Expert Witness Disclosure was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/W. Robert Vezina, III