**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*******************************

**CADDELL CONSTRUCTION CO., INC., for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*******************************

**No. 05-915C**

**Judge Margaret M. Sweeney**

**PLAINTIFF'S SECOND EXPERT WITNESS DISCLOSURE**

Pursuant to Rule 26(a) of the Rules of the United States Court of Federal Claims, plaintiff, Caddell Construction Co., Inc., for the use and benefit of Henderson Electric, Heat & Air Conditioning, Inc., provides the following expert witness disclosure:

**RCFC 26(A)(2)(B) – EXPERT WITNESSES**

Reserving the right to supplement or amend as information becomes available, the individual below is disclosed as a potential expert witness who may be called to testify at any trial of the captioned action or by deposition.[1] This disclosure is in addition to, and does not substitute for, plaintiff's initial disclosure of Louis M. Wenick.

Francisco J. Farach
11390 Lake Shore Drive
Cooper City, Florida 33026

[1] Unless otherwise designated, all information disclosed herein is subject to supplementation or amendment as information becomes available.

Respectfully submitted,

s/W. Robert Vezina, III
W. ROBERT VEZINA, III
Bradley S. Copenhaver
Vezina, Lawrence & Piscitelli, P.A.
413 East Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Facsimile: (850) 224-1353

**CERTIFICATE OF FILING**

I hereby certify that on February 8, 2007, the foregoing Expert Witness Disclosure was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/W. Robert Vezina, III