# In the United States Court of Federal Claims

No. 05-915 C
(Filed: February 9, 2007)

***********************************
CADDELL CONSTRUCTION CO., INC., *
for the use and benefit of HENDERSON *
ELECTRIC, HEAT & AIR *
CONDITIONING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On February 8, 2007, plaintiff in the above-captioned case filed an Unopposed Motion for Leave to Amend Expert Witness Disclosure, seeking to disclose an additional expert witness: Francisco J. Farach. Plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge