IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION, CO., INC., | ) | |
| | ) | No. 05-915C |
| Plaintiff, | ) | |
| v. | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO STAY THE CASE

Defendant respectfully requests that the Court stay further proceedings in this action for 60 days, to and including July 7, 2007, in order to facilitate a potential settlement of this action. Defendant's counsel discussed this request with plaintiff's counsel, who indicated plaintiff does not oppose this motion.

The parties and their attorneys conducted settlement negotiations in Savannah, Georgia on April 25, 2007. During these negotiations, a settlement offer was proposed, and defendant's counsel is preparing to forward this offer to appropriate Department of Justice officials with settlement authority. The 60 days are necessary to seek the necessary review of the offer within the Government, and, if the settlement is approved, to execute a settlement agreement with plaintiff.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion to stay this case for 60 days, to and including July 7, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3689
fax: (202) 305-7643

May 8, 2007

Attorneys for Defendant