# In the United States Court of Federal Claims

No. 05-915 C
(Filed: May 15, 2007)

************************************
CADDELL CONSTRUCTION CO., INC., *
for the use and benefit of HENDERSON *
ELECTRIC, HEAT & AIR *
CONDITIONING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On May 8, 2007, defendant in the above-captioned case filed Defendant's Unopposed Motion to Stay the Case, seeking a stay of 60 days to facilitate a possible settlement. Defendant's unopposed motion is **GRANTED**. Accordingly, the case is **STAYED** through **Monday, July 9, 2007**.[1] If the settlement process has not concluded prior to that date, the parties shall file a joint status report **no later than Monday, July 9, 2007**, indicating the progress of settlement.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] Defendant requested that the stay terminate on July 7, 2007. Because July 7, 2007, is a Saturday, the court extended the stay through the following Monday.