IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC. for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC., | ) | No. 05-915C |
| Plaintiff, | ) | Judge Sweeney |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's May 15, 2007 order, the parties respectfully submit the following joint status report regarding the progress of settlement negotiations.

On July 6, 2007, the parties reached a settlement, and the settlement has been approved by an authorized representative of the Department of Justice. The parties are currently finalizing the details of a settlement agreement, and once that agreement is signed and implemented, the parties will file a joint motion to dismiss this case with prejudice. Accordingly, the parties respectfully request that the Court stay this case for an additional 45 days, to and including August 23, 2007, so that the parties may put the details of their agreement in writing and implement its provisions.

Respectfully submitted,

s/W. Robert Vezina, III
W. ROBERT VEZINA, III
Vezina, Lawrence &
Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Tel. (850) 224-6205
Fax. (850) 224-1353

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

OF COUNSEL:

Connie Baran
US Army Corps of Engineers
Office of Counsel
100 W. Oglethorpe Ave.
P.O. Box 889
Savannah, GA 31402-0889

July 9, 2007

Attorneys for Defendant