# In the United States Court of Federal Claims

No. 05-915 C
(Filed: July 18, 2007)

***********************************
CADDELL CONSTRUCTION CO., INC., *
for the use and benefit of HENDERSON *
ELECTRIC, HEAT & AIR *
CONDITIONING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On July 9, 2007, the parties in the above-captioned case filed a Joint Status Report indicating that they had reached a settlement. The parties request that the court extend the stay an additional 45 days so that they can finalize and implement their agreement. Once the parties have implemented their agreement, they intend to file a joint motion to dismiss the case with prejudice.

The court is pleased that the parties were able to reach an agreement in this case. The parties' joint request is **GRANTED**. Accordingly, the case shall remain **STAYED** through **Thursday, August 23, 2007**. If the parties have not completed the implementation of their settlement agreement by that date, they shall file a joint status report **no later than Thursday, August 23, 2007**, indicating how much more time they need for implementation.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge