IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC. for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC., | ) | No. 05-915C |
| Plaintiff, | ) | Judge Sweeney |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's July 18, 2007 order, the parties respectfully submit the following joint status report regarding the progress of settlement negotiations.

On August 16, 2007, the parties entered into a settlement agreement resolving the claims in this case. Pursuant to the terms of the settlement agreement, the parties will file a joint stipulation of dismissal with prejudice upon plaintiff's receipt of the settlement payment. Defendant's counsel began the procedure for processing payment to plaintiff on August 16, 2007, and expects payment to be processed within 60 days.

Accordingly, the parties request that this matter be stayed for an additional 60 days, to and including October 22, 2007.

Respectfully submitted,

s/Robert Vezina,III
W. ROBERT VEZINA, III
Vezina, Lawrence &
Piscitelli, P.A.
413 East Park Avenue
Tallahassee, Florida 32301
Tel. (850) 224-6205
Fax. (850) 224-1353

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

OF COUNSEL:

Connie Baran
US Army Corps of Engineers
Office of Counsel
100 W. Oglethorpe Ave.
P.O. Box 889
Savannah, GA 31402-0889

August 21, 2007

Attorneys for Defendant