# In the United States Court of Federal Claims

No. 05-915 C
(Filed: August 23, 2007)

***********************************
CADDELL CONSTRUCTION CO., INC., *
for the use and benefit of HENDERSON *
ELECTRIC, HEAT & AIR *
CONDITIONING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On August 21, 2007, the parties in the above-captioned case filed a Joint Status Report indicating that they had entered into a settlement agreement resolving the claims in this case on August 16, 2007. The parties request that the court extend the stay an additional 60 days so that defendant can process the payment to plaintiff. Once plaintiff has received payment, the parties intend to file a joint stipulation of dismissal with prejudice.

The parties' joint request is **GRANTED**. Accordingly, the case shall remain **STAYED** through **Monday, October 22, 2007**. If the parties have not completed the implementation of their settlement agreement by that date, they shall file a joint status report **no later than Monday, October 22, 2007**, indicating how much more time they need for implementation.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge