# In the United States Court of Federal Claims

No. 05-915 C
(Filed: September 24, 2007)

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., for the use and benefit of HENDERSON ELECTRIC, HEAT & AIR CONDITIONING, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On September 21, 2007, the parties electronically filed a Joint Stipulation of Dismissal With Prejudice that lacked the signature of plaintiff's attorney in violation of Rule 11(a) of the Rules of the United States Court of Federal Claims ("RCFC"). The parties then electronically filed, without leave of court, another Joint Stipulation of Dismissal With Prejudice that was signed, on plaintiff's behalf, by an attorney who is not admitted to the bar of the United States Court of Federal Claims in violation of RCFC 83.1(c)(2).

Accordingly, the court **STRIKES** both filings. The parties are directed to file a corrected joint stipulation of dismissal **no later than Friday, October 5, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge