IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION, CO., INC., | ) | |
| | ) | No. 05-915C |
| Plaintiff, | ) | |
| v. | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate that this action is voluntarily dismissed in its entirety, with prejudice, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Authorized Representative of the
Attorney General

s/Robert Vezina
ROBERT VEZINA
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
(850) 224-6205

Attorney for Plaintiff

October 1, 2007

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Department of Justice
Civil Division
1100 L St. NW
Washington, D.C., 20530
Tel. (202) 305-3689
Fax. (202) 305-7643

Attorneys for Defendant